No. 79–5664. PHILLIPS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–5666. EVANKO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–5671. NEWTOP *v.* JAMES ET AL. C. A. 9th Cir. Certiorari denied.

No. 79–5673. COOPER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–5675. CHESTNUT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–5690. FRANKLIN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–5692. ALEXANDER ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79–5706. JOHNSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–5713. JOHNSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–5716. VEYTIA-BRAVO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–5718. TENSLEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79–5723. SCALF *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–5729. PALACIOS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–5735. MOORE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.